# Exhibit Q

RESIDENT RESPONSIBILITY AGREEMENT

------------------------------

This RESIDENT RESPONSIBILITY AGREEMENT (this "Agreement"), is made on 30 September 2015, between Fort Bliss/White Sands Missile Range Housing LP, ("Landlord"), SPC Straight, Cody (the "Resident").

1. TERM OF OCCUPANCY: The Landlord grants occupancy to the Resident and only those persons authorized by this Agreement, for a term of one (1) year, the premises known as 13285A Wendover St, El Paso, TX 79908 (the "Premises"), for use as a dwelling only, together with the property noted on the Property Condition Report received at move in. Occupancy shall begin on 30 September 2015 and end on 29 September 2016 unless extended. This Agreement shall automatically extend on a month-to-month basis unless terminated by either party giving 30 days written notice.

2. RENT: The monthly rental rate shall equal the senior service member Resident's Basic Allowance for Housing (BAH) with dependents rate, as may be adjusted to reflect adjustments to BAH, which is currently ▮ per month, provided however, that if such senior service member Resident is not assigned to 13285A Wendover St and if such senior service member's BAH is lower than the BAH that would be provided to a service member of the equivalent rank assigned to 13285A Wendover St, the monthly rental rate shall equal the higher BAH with dependents rate as calculated for a service member of the equivalent rank assigned to 13285A Wendover St.

   (a) Payment will be made through an allotment/deduction from the senior service member Resident's pay account to the Landlord. The allotment will be increased/decreased when increases/reductions occur to the senior service member Resident's BAH rate. Payment is due on the first day of the month for the previous month's rent (payment in arrears).

   (b) By signing this Agreement, authorization is given to initiate and maintain an allotment equal to the BAH and payable to the Landlord, effective the first day of the month following the date of this Agreement. Payment will be made by credit card, debit card, money order, cashier's check, or certified check for the prorated portion of the first month's rent for the number of days the Premises is occupied. Payment is due on the first day of the month after occupying the Premises. Authorization is also given to stop the BAH allotment at the time this Agreement is terminated.

   (c) The first payment of rent by Resident shall be made on or before 30 September 2015 in the amount of ▮

3. LATE PAYMENT AND RETURNED CHECKS: Payments for rent not received by the Landlord on or before the due date are late and constitute a default under this Agreement.

(a) If any installment of rent is not received by the Landlord within five (5) days from the due date, the Resident agrees to pay an administrative charge of $■.

(b) The Resident also agrees to pay the Landlord an additional charge of $■ for any returned item.

(c) The Landlord has the right to require that all payments that are not paid by allotment be made by money order, cashier's check, or certified check payable directly to Landlord.

(d) Notwithstanding any other provisions of this Agreement, the Resident shall not be in default of any provision of this Agreement by reason of failure or delay in Resident receiving a BAH, nor shall Resident be assessed any administrative charges so long as such failure or delay is not the result of Resident's actions.

## 4. EARLY TERMINATION OF AGREEMENT BY RESIDENT:

(a) When either the Resident or Resident's spouse are members of the Armed Forces of the United States or a member of the National Guard serving on full-time duty or as a Civil Service technician with a National Guard unit, this Agreement may be terminated by the Resident without payment of any penalty or liquidated damages for rent if the member:

   (i) Has received permanent change of station orders to depart thirty-five miles or more (radius) from the Premises; or

   (ii) Has received temporary duty orders in excess of three months' duration to depart thirty-five miles or more (radius) from the Premises; or

   (iii) Is discharged or released from active duty with the Armed Forces of the United States or from full-time duty or technician status with the National Guard; or

   (iv) Has received orders assigning such member to government-provided quarters, resulting in the forfeiture of BAH; or

   (v) Dies or his/her spouse dies, or is declared missing-in-action. (The spouse, next of kin or personal representative/executor of the decedent's estate may exercise early termination of this Agreement); or

(b) If the Resident seeks early termination of this Agreement, the Resident shall deliver to the Landlord a written notice stating the grounds for early termination together with either (i) a copy of the official orders, or (ii) a letter from the commanding officer confirming the official orders, supporting the grounds for early termination. Such notice shall also state an effective date for the termination, which date shall not be less than thirty (30) days after the date of Landlord's receipt of the notice, except when an earlier termination date is necessary to comply with military orders. The date

for termination shall not be more than sixty (60) days prior to the date of departure necessary to comply with the official orders or supplemental instructions for interim training or duty prior to the transfer. The final month's rent owed by the Resident shall be prorated based on the date of termination and such prorated rent shall be payable at such time as would have otherwise been required by the terms of this Agreement.

**5. EARLY TERMINATION OF AGREEMENT FOR CHANGES IN STATUS:** The Resident is required to provide immediate notice of any change in marital or dependent status to Landlord. If a Resident's dependent or marital status changes, or the Resident is discharged from military service such that the Resident would no longer be eligible for housing, this Agreement shall be terminated thirty days after the change in status, unless the Landlord shall approve a different termination date, with the consent of the Garrison Commander, and the Resident continues to pay rent at the BAH with dependents rate.

**6. EARLY TERMINATION OF AGREEMENT FOR OTHER CAUSES:** For any early termination not described in Section 4 or 5 of this Agreement, the Resident shall pay an amount equal to thirty days' rent to the Landlord as liquidated damages for the early termination of this Agreement. Such liquidated damages shall be paid in addition to any prorated monthly rent or other money owed by the Resident as a result of Resident's physical damage to the Premises. Notwithstanding anything else in this Section 6, if the Resident has been in residence for more than one (1) year, there shall be no liquidated damages for early termination.

**7. NUMBER OF OCCUPANTS:** Resident agrees that the Premises shall be occupied only by the Resident's immediate family consisting of Resident, 2 other adult(s), 2 children, together with 0 additional occupants, provided such additional occupants have been approved by the Garrison Commander. The occupants of the Premises other than Resident are:

| Name (Last, First, M.I) | Relationship | Sex | Age |
|---|---|---|---|
| STRAIGHT, ANGELA | SPOUSE | F | 36 |
| KENTRAY L CARRAWAY | SC | M | 15 |
| J'MARION MCKNIGHT | SC | M | 14 |
| | | | |
| | | | |
| | | | |

**8. INSPECTION AT COMMENCEMENT OF OCCUPANCY:** The Resident and Landlord acknowledge that, prior to signing this Agreement; they conducted a joint examination of the Premises in accordance with the written policy set forth in the Resident Guide. The Resident hereby acknowledges that, except as set forth in the attached Property Condition Report, the Premises were rented to the Resident in good order and repair and that the Premises were in safe, clean and habitable condition. The parties agree that all promised repairs, alterations, and maintenance are included in the Property Condition Report. Landlord acknowledges the responsibility to provide the Resident Premises that are in a safe and habitable condition. Any latent defects that are found in violation of any applicable law shall be cause for termination by the Resident unless cured within seven (7) days after notice from Resident to Landlord. Resident

further acknowledges responsibility for reasonably maintaining the cleanliness of the Premises and that damage to the Premises that is not described on the Property Condition Report as existing prior to the Resident's occupancy and that exceeds normal wear and tear is subject to repair by Landlord at Resident's expense.

**9. ASSIGNMENT AND SUBLETTING:** The Resident shall neither assign this Agreement nor sublet the Premises nor grant any concession or license to use the Premises or any part thereof. Any assignment, concession or license shall constitute a breach of this Agreement by the Resident and may subject the Resident to eviction and/or claims by the Landlord for monetary damages.

**10. NUISANCE:** The Resident will use the Premises in a manner that does not disturb other Residents or create a public nuisance or violate the Resident Guide. Violation of the Resident Guide may be cause for termination in accordance with Section 23 below and in accordance with applicable law.

**11. PROHIBITED ACTIVITIES, ILLEGAL SUBSTANCES, AND MATERIALS:**

(a) The Resident shall not possess, store, or otherwise permit anyone to possess or sell illegal substances on the Premises, including but not limited to illegal weapons, explosives, or chemicals with which illegal drugs may be produced. Possession of said contraband or illegal items will constitute a breach of this Agreement by Resident and will, at the option of the Landlord, permit immediate termination of said Agreement if such breach constitutes a criminal or willful act which is not remediable, and which poses a threat to the health or safety of Resident, the other occupants of the Premises, or other residents of the Community.

(b) The Resident shall not permit unlicensed gambling on the Premises; install or operate, or permit to be installed or operated, any device which is illegal; use or permit the Premises to be used for any illegal business or purpose; nor sell, or commercially store or dispense, or permit the sale, or commercial storage or dispensing of beer or other intoxicating liquors on the Premises.

(c) Resident shall not keep or have on the Premises any article, liquids, chemicals or thing of a dangerous, inflammable or explosive nature that might unreasonably increase the danger of fire,   explosion, or cause physical illness on the Premises, or that might be considered hazardous or extra hazardous by governmental officials or under the provisions of an insurance company policy.

(d) Landlord shall have no obligation to search or make any inspection to discover dangerous articles, liquids, chemicals or things such as are described in subsection (c), above. Should the Resident maintain such hazardous materials on the Premises that cause injury or damage to any persons or property, the Resident shall bear all legal and financial responsibility for said injury and/or damage which results

therefrom. Failure of the Resident to remove said materials upon written request of the Landlord shall permit the Landlord to immediately terminate this Agreement.

**12. ANIMALS:** Resident shall be permitted to keep domestic animals as set forth in the Pet Addendum attached hereto. No other animals may be maintained or housed on the Premises, including the exterior thereof, without the prior written consent of the Landlord. The Resident shall bear all legal and financial responsibility for any injuries or damage caused by such animals and shall comply with the provisions of the Resident Guide's specific details relating to the keeping of pets on the Premises.

**13. CABLE, SATELLITE AND OTHER TELEVISION FACILITIES:** The Resident shall refer to the Resident Guide for specific details relating to the keeping of cable, satellite and other television facilities on the Premises.

**14. UTILITY CHARGES:** Utility charges are to be paid as follows:

| ITEM | TO BE PAID BY | ITEM | TO BE PAID BY |
|---|---|---|---|
| HEAT | LANDLORD | CABLE TV | **RESIDENT** |
| SEWER | LANDLORD | SATELLITE TV | **RESIDENT** |
| ELECTRICITY | LANDLORD | TELEPHONE | **RESIDENT** |
| FUEL OIL | LANDLORD | HIGH SPEED INTERNET | **RESIDENT** |
| WATER | LANDLORD | OTHER | |
| GARBAGE | LANDLORD | OTHER | |
| GAS | LANDLORD | OTHER | |

Responsibilities for utility costs are as follows: Landlord shall pay for water, sewer, electricity, gas, oil (if applicable) and garbage. Resident shall pay for cable or satellite television, telephone, high speed internet, and any Charge (as defined below) as described below for their individual Premises Except as otherwise set forth in this Section, there shall be no change in Resident's or Landlord's respective responsibilities for payment of said utilities pursuant to this Lease without Landlord providing Resident at least sixty (60) days prior written notice.

Notwithstanding anything to the contrary in this Lease, upon the failure of Resident to pay any amounts due under this Section, Landlord shall have the same rights and remedies under this Section as Landlord has as a result of Resident's failure to pay any other rent amounts due under this Lease. These rights and remedies include, without limitation, the imposition of any applicable late charges, and costs applicable to termination rights and rights upon default of Resident.

CHECK AND INITIAL APPROPRIATE SECTION BELOW:

The Office of the Secretary of Defense has mandated implementation of a utility billing program that compares actual energy consumption by the Resident with a baseline average energy consumption at similar homes. Under the program, each Resident is encouraged to increase overall energy awareness and to conserve energy through good stewardship. Residents are

credited for energy consumption below such baseline ("Conservation Credit") or are charged for energy consumption above such baseline ("Charge").

*[for units already separately metered and in live billing]*

- ✓ A portion of the Rent shall be allocable to the electric and/or gas utility service for the Premises (the "Utility Baseline"), based upon a baseline set by Landlord using such data as the age and size of the Premises, type of construction, type of appliances, and other factors. On a monthly basis, Landlord will compare the actual, metered cost of electric and/or gas utility service for the Premises (the "Actual Utility Cost") to the Utility Baseline and provide Resident with notice of such costs (the " Utility Notice"). If the Actual Utility Cost exceeds the Utility Baseline, Resident shall pay Landlord the amount of such excess within 15 days after receipt of the Utility Notice. If the Actual Utility Cost is less than the Utility Baseline, the Resident's utility account shall be credited by such difference or, if the accumulated credit is over $■■■, refunded to Resident. CS **RESIDENT INITIALS**

*[for units not yet separately metered and in live billing but expected to be in future]*

- ☐ Upon the date when the electric and/or gas utility service have been separately metered for the Premises and live billing commences, a portion of the Rent shall be allocable to the electric and/or gas utility service for the Premises (the "Utility Baseline"), based upon a baseline set by Landlord using such data as the age and size of the Premises, type of construction, type of appliances, and other factors. On a monthly basis, Landlord will compare the actual, metered cost of electric and/or gas utility service for the Premises (the "Actual Utility Cost") to the Utility Baseline and provide Resident with notice of such costs (the " Utility Notice"). If the Actual Utility Cost exceeds the Utility Baseline, Resident shall pay Landlord the amount of such excess within 15 days after receipt of the Utility Notice. If the Actual Utility Cost is less than the Utility Baseline, the Resident's utility account shall be credited by such difference or, if the accumulated credit is over $■■■, refunded to Resident. _____ **RESIDENT INITIALS**

**15. REPAIRS:** Residents shall make no repairs to the Premises or fixtures located within the Premises without the written approval of the Landlord. The Resident shall immediately notify the Landlord of any damage to the Premises.

**16. ALTERATIONS AND FIXTURES:** The Resident shall make no alterations to the Premises, incur any debt against the Landlord or create any lien upon the Premises for any work done or material furnished without the express written consent of the Landlord. Any fixtures installed by the Resident shall be at Resident's expense, shall be affixed in a manner that will not damage the building, and shall be removed by the Resident at the expiration of this Agreement. In the event such fixture or other personal property of the Resident is not removed at the expiration of this Agreement, the Landlord may treat the same as abandoned and charge the Resident the cost paid for removal of the property and repair of the Premises.

**17. ACCESS DURING OCCUPANCY**: The Resident will allow the Landlord or an agent of the Landlord to enter the Premises for purposes of access, upon twenty-four (24) hours notice, between the hours of 8:00 a.m. and 5:00 p.m., Monday through Saturdays. In the event the Resident is absent, the Landlord will endeavor to delay the access until the return of the Resident but need not do so beyond 14 days. The purpose of the access is to ensure the Premises are maintained, not in need of repair and that their use is in conformity with the provisions of this Agreement. Landlord shall have access to the Premises at other times, with prior notice to Resident, for the purpose of making requested repairs, as provided in the Resident Guide. Landlord shall have immediate access to the Premises in case of an emergency situation, as provided in the Resident Guide.

**18. PROPERTY INSURANCE**: The Resident acknowledges being responsible for obtaining and maintaining insurance to cover losses or damage to personal property. The Resident acknowledges being advised to obtain insurance at the Resident's cost to protect the Resident from claims for property damage and physical injury caused by or to the Resident, or the Resident's family member(s), invitees or guests. Resident acknowledges that the Landlord is not responsible for Resident's losses resulting from flood, earthquakes, natural disasters, power failures, or fire or any other cause where the Landlord was neither negligent nor the proximate cause of the Resident's loss. _CS_ **RESIDENT**

**19. DESTRUCTION OF PREMISES**: If the Premises are rendered uninhabitable due to fire or other casualty, the Resident has the right to vacate the Premises and within seven (7) days thereafter notify the Landlord in writing of his/her intent to terminate the Agreement. In this case, the Agreement terminates as of the date of vacating the Premises. Alternatively, the Resident can opt to request that the Landlord make the Premises fit for occupancy within seven (7) days of notice, and rent will begin to accrue if such Premises are made fit for occupancy within the seven (7) days. There shall be no abatement or cessation of rent if damage to the Premises is the result of the negligence or willful act of the Resident, Resident's family member(s), guests or invitees.

**20. LIABILITY**: The Landlord shall not be liable to the Resident, Resident's family members, guests, or invitees for any damages, injuries or losses to person or property caused by crime, vandalism, fire, smoke, pollution (including second hand smoke), water, lightning, rain, flood, water leaks, hail, ice, snow, explosion, interruption of utilities, electrical shock, defect in any contents of the dwellings, latent defect, acts of nature, other unexplained phenomena, acts of other residents, or any other cause not the result of the negligence of the Landlord or its representatives, acting in the course and scope of employment. Resident expressly acknowledges that the Landlord has made no representations, agreements, promises, or warranties regarding security of the Premise or surrounding community. The Landlord does not guarantee, warrant or assure Resident's personal security. IN THE EVENT OF CRIMINAL ACTIVITY, THE RESIDENT SHOULD CONTACT THE POLICE IMMEDIATELY.

**21. EXIT INSPECTION OF PREMISES**: All exit inspections shall be conducted in accordance with the Resident Guide. It shall be the responsibility of Resident to request an exit walk through inspection of the Premises with the Landlord. At the time of request, Landlord will provide to Resident detailed standards for clearing the Premises. An appointment for a walk through

inspection must be scheduled no less than ten (10) days before the Resident ends occupancy of the Premises pursuant to this Agreement. Using the Property Condition Report that was used to record the condition of the Premises at the inception of this Agreement, the Landlord shall itemize any damages to or deficiencies in the condition of the Premises that exceed normal wear and tear. The Landlord shall sign and provide the Resident with a copy of the Property Condition Report. Any damage charges in excess of $■ will be documented with photographs.

**22. TERMINATION BECAUSE OF DEFAULT:** Except as otherwise provided herein, if either the Landlord or Resident materially fails to comply with any of the terms of this Agreement, and if such default continues for seven (7) days after a notice to cure the default has been delivered to the offending party, (except that only a three (3) day notice shall be required if the default consists of a failure to pay rent when due), then seven (7) days after notice is delivered (or three (3) days in the case of a failure to pay rent when due), the injured party shall have the option of declaring this Agreement terminated and may immediately vacate the Premises, or shall be entitled to immediate possession of the Premise, as the case may be, without the injured party forfeiting whatever other right the injured party may have for breach of this Agreement. If a violation occurs six months or more after a prior notice of default, Landlord shall provide Resident with an new notice and shall provide Resident with another seven (7) day cure period.

## 23. EVICTION:

(a) The Landlord may terminate this Agreement and evict the Resident in accordance with applicable law for Resident's failure to pay rent or for one or more violations by Resident of this Agreement or any other actions that:

  (i) affect or threaten to affect the health or safety of other residents in the community;

  (ii) substantially interfere with the right to quiet enjoyment of other residents of the community; or

  (iii) upon notice that Resident or a member of his or her family is or has been barred from entry onto the military installation by the Garrison Commander.

(b) If the Resident willfully remains in possession without the Landlord's consent after termination of the term of this Agreement, the Resident is deemed to be in breach of this Agreement and the Landlord may commence an eviction action. An eviction action may be filed no earlier than the first day following the termination of this Agreement. On retaining possession beyond the rental period without consent of the Landlord, the Resident shall be obligated to pay the Landlord's attorneys' fees, court costs, and any ancillary damages due to the holdover by the Resident.

**24. ABANDONMENT:** If Resident has been absent from the Premises for more than fourteen (14) days without notification to Landlord, the Premises may be deemed abandoned. If Landlord is informed of or discovers that Resident has abandoned the Premises, Landlord will notify the Garrison Commander and request a determination of status of Resident and take such further

action with regard to the Premises and any remaining personal property of Resident as is necessary, all in accordance with the Resident Guide.

**25. NOTICES:** Unless otherwise provided, any notice period provided for by this Agreement shall begin to run on the date such notice is received. If Resident's vacating of the Premises pursuant to such notice occurs on a day other than the last day of a normal rental period, the rent due for any resulting partial rental period shall accrue at the daily rate which shall be calculated by dividing the monthly rate by thirty (30) days. If properly sent to the recipient's last known address by prepaid mail, notice shall be construed as delivered as of the postmark date of sender's mail receipt form, in the case of certified or registered mail. Notices to the Landlord shall be sent to

> Balfour Beatty Communities, LLC
>
> P.O. Box 6075
>
> Ft. Bliss, TX 79906

**26. SEVERABILITY:** If any provision or clause of this Agreement is held invalid by a court of law, such invalidity shall not affect other provisions or applications of this Agreement that can be given effect without the invalid provision and to this end, the provisions of this Agreement are declared to be severable.

**27. CONFIDENTIALITY OF RESIDENT RECORDS:** The Landlord or managing agent shall not release financial information about a Resident or prospective Resident to a third party, other than a Resident's rent payment record and the amount of the Resident's periodic rental payment, without the prior written consent of the Resident or prospective Resident, or upon service on the Landlord of a subpoena for the production of records. This section shall not preclude the Landlord from releasing information pertaining to a Resident or prospective Resident in the event of an emergency.

**28. MODIFICATIONS:** No modifications to the terms and conditions of this Agreement shall be enforceable unless executed in writing, signed and dated by all of the parties to this Agreement.

**29. CONFLICTS:** The terms of this Agreement shall take precedence over any conflicting terms between this Agreement and the Resident Guide.

**30. OWNER AND MANAGER INFORMATION:**

> Manager:  Balfour Beatty Communities, LLC
>
>          1991 Marshall Road
>
>          Fort Bliss, TX 79906

BBC 000774

Phone: <u>915-564-0795</u>

Owner: Balfour Beatty Communities, LLC
10 Campus Blvd.
Newtown Square, PA 19073
Phone: 610-355-8100

Landlord shall inform Resident in writing of any change in name and/or address of Manager or Owner.

**31. RESIDENT GUIDE:** The Resident acknowledges receipt of a copy of the Resident Guide and agrees to abide by its terms. Any changes to the Resident Guide shall be effective only after (30) days' notice is given of such changes. The Resident Guide, together with any Addenda, attached hereto as Exhibits "A" and "B" are hereby incorporated herein and made a part hereof.

**IN WITNESS WHEREOF,** the parties have set their hands and seals to this Agreement, each of which shall constitute an original.

**LANDLORD** _/s/ Carol [illegible]_ (SEAL)    DATE: <u>30 September 2015</u>

**RESIDENT** _/s/ [illegible]_ (SEAL)    DATE: <u>30 September 2015</u>

BBC 000775

# Balfour Beatty
Communities

## Receipt of Resident Guide

I have received the "Resident Guide" which contains the rules and regulations for Fort Bliss Family Housing.

_____         30 September 2015
Resident                                Date


_____    30 September 2015
Management Representative      Date

BBC 000776

**Balfour Beatty**
Communities

September 25, 2015

## Attic Memorandum

Some homes are equipped with attic access panels and may or may not have pull down ladders. These attic spaces and ladders pose many dangers; low visibility, unstable flooring, low clearance, low weight ratings, and extreme heat. These attic spaces have not been designed as storage areas. These areas are designed for maintenance and emergency response personnel only. For safety reasons, residents are not to enter these areas for any reason and storage of personal belongings in attics is prohibited.

_____
Resident Signature

_____
Landlord Representative Signature

_____
Date

9.25.2015
Date

BBC 000777

**Balfour Beatty**
Communities

## SURGE PROTECTOR ADDENDUM

Date: 30 September 2015

Residents: SPC Straight, Cody

House Address: 13285A Wendover St, El Paso, TX 79908

The power provided to housing by Fort Bliss Army Installation has a tendency to fluctuate. This can cause damage to electronic components. Residents are advised to use surge protectors to protect electronic equipment (stereos, TV's, typewriters, computers, etc.) from damage caused by voltage fluctuations. It is the resident's responsibility to purchase surge protectors. Fort Bliss/White Sands Missile Range Housing LP and Balfour Beatty Communities are not responsible for damage to appliances or equipment due to high or low voltage of power fluctuations.

_____          30 September 2015
Resident Signature                  Date

_____          30 September 2015
Management Signature                Date

# Balfour Beatty
Communities

## Authorization to Enter

Date: *30 September 2015*

Resident Name: <u>SPC Straight, Cody</u>

House Address: <u>13285A Wendover St, El Paso, TX 79908</u>

*************************************************************************

**I DO** hereby authorize Balfour Beatty Communities personnel to enter my home for maintenance service requests and routine inspections provided prior notification was delivered to my home. Also, I agree that at any time an emergency occurs, staff may enter my home to make necessary repairs.

<u>I further agree any pet in my home will be confined to an area that will not require maintenance.</u>

_____
Resident Signature

_____
Management Signature

*************************************************************************

**I DO NOT** hereby authorize Balfour Beatty Communities personnel to enter my home for maintenance service requests and routine inspections even if prior notification was delivered to my home. However, I understand that Balfour Beatty Communities immediate right of entry to my home if emergency conditions are presumed to exist.

_____
Resident Signature

_____
Management Signature

BBC 000779

**Balfour Beatty**
Communities

# MOLD ADDENDUM

Resident acknowledges that it is necessary for Resident to provide appropriate climate control, keep the Premises clean, and take other measures to retard and prevent mold and mildew from accumulating in the Premises. Resident agrees to clean and dust the Premises on a regular basis and to remove visible moisture accumulation on windows, walls and other surfaces as soon as reasonably possible. Resident agrees not to block or cover any of the ventilation or air-conditioning ducts in the Premises. Resident also agrees to immediately report to the Community Management Office: (1) any evidence of a water leak or excessive moisture in the Premises, as well as in any storage room, garage, or other common area; (2) any evidence of mold- or mildew-like growth that cannot be removed by simply applying a common household cleaner and wiping the area; (3) any failure or malfunction in the ventilation or air-conditioning system in the Premises; and, (4) any inoperable windows or doors. Resident further agrees that Resident shall be responsible for damage to the Premises and Resident's property as well as personal injury to Resident and Occupants resulting from Resident's failure to comply with these terms. Resident acknowledges receipt of the information sheet, "Tips for Preventing Mold and Mildew," attached to the Resident Guide.

Resident Signature: _[signature]_ Date: 30 September 2015

Management Representative: _[signature]_ Date: 30 September 2015

**Balfour Beatty**
Communities

## PET ADDENDUM

| Pet Description | Pet #1 | Pet #2 |
|---|---|---|
| 1. Pet Name: | | |
| 2. Type of Pet: | | |
| 3. Breed: | | |
| 4. Color: | | |
| 5. Current Age: | | |
| 6. Mature Size: | | |
| 7. Sex: | | |

1. PET RESTRICTIONS:
   - Only two pets are allowed. Fish tanks and bird cages count as one pet. No more than one fish tank is permitted in a home. No more than two bird cages are permitted in a home.
   - Exotic pets are not permitted.
   - At present, the following breeds are considered aggressive and are not permitted: American Staffordshire Terrier, American Pitt Bull, Akita, Chow, Doberman, and Rottweiler.
   - No "visiting" pets are permitted without prior Community Management Office approval.
   - Management must approve all pets and all required documents are to be on file prior to housing any pet (refer to Resident Guide).
   - A current picture must be kept on file in the Community Management Office.

2. HANDICAPPED ASSISTANCE ANIMALS: Animals trained for use by individuals with handicaps are not considered pets. These animals are permitted. The above Pet Restrictions do not apply to them. All required documents and a current picture are required for file.

3. If additional pet(s) are acquired after move-in, Resident must update the Pet Addendum within three (3) days.

4. All pets *must* be kept current with vaccinations, testing, and/or treatments. All dogs and cats must wear their current rabies vaccination tag on their collar or harness.

5. The term "pet owner" will include any person owning, keeping, or harboring an animal. The service member residing on base housing shall be deemed the pet owner of any pet owned, kept, or harbored within their home.

6. Owners will be held responsible for compliance with current directives and for any damage caused by their pets.

7. Residents are responsible for removing their pets' solid wastes throughout all areas.

8. Abandonment of pets is specifically prohibited. Animal owners who no longer desire to keep a pet or who are moving out will not abandon any animal. Unwanted pets should be made available for adoption.

9. The privilege of keeping a pet in homes may be revoked and/or a Letter of Caution issued if the pet is determined to be a nuisance. A nuisance is defined as any action of a pet that endangers life or health, gives offense to the senses, violates laws of decency, or obstructs reasonable or comfortable use of property. For example, an animal may be deemed a nuisance if it:
   1. Habitually or repeatedly barks in such a manner or to such an extent that it disturbs others
   2. Interferes or obstructs persons engaging in exercise or physical activity
   3. Defecates on the lawn of a home not occupied by its owner
   4. Habitually violates the leash law

10. Pet owners have full responsibility and liability for the conduct of their pets. This includes full restitution for any damages to yards, homes, etc., or hospital bills/veterinary bills incurred as a result of injuries inflicted.

11. Owners of pets are encouraged to maintain additional liability insurance in the event that their animal bites another person or animal.

12. Pets will not be permitted to run loose in the community. A Letter of Caution may be issued or the privilege of having a pet may be revoked if a Resident or guest routinely violates the leash law. When pets are not penned, they will be leashed at all times. Dogs will not be chained outdoors and left unattended at any time. Pets may be left in fenced-in-yards for short periods of time with proper food, water, and shelter.

13. Dogs may not be unattended unless confined indoors, or outdoors in a securely enclosed and locked pen, or other approved structure designed to completely restrain the animal. The Community Manager, or a representative of the Community Manager, will determine if the structure used to restrain the animal is sufficient. Anytime a potentially dangerous dog is outside the above confined secured areas, it must, at all times, be securely leashed and under the control of the owner or his representative.

14. Doghouses are allowed in homes with yards with authorization from the Community Manager. A Request for Alteration Form must be submitted to the Community Management Office. Doghouses shall conform to the size of the dog, standards of good taste, and shall not detract from the appearance of the property. It must be painted to match the color of the home or painted white and kept in the rear of the house at all times. Residents are required to remove the doghouse and return the area to original condition with grass seeding at Resident's expense. No spikes are permitted in the ground to tether pets.

15. Breeding or raising animals in housing is prohibited.

16. Farm, exotic and wild animals are not allowed in the community. These animals include all animals normally used as work animals and those kept for the production of food, or opossums, raccoons, and any other species of animal not usually considered to be domestic.

17. In cases of bites or scratches, transport the injured animal to the nearest Veterinary Facility for examination. The Community Manager must also be notified.

18. A Letter of Caution may be issued or the privilege of having a pet in the community may be revoked as a result of a pet biting a person or another animal.

19. Complaints concerning stray or unattended pets and general upkeep of grounds around pets should be directed to the Community Management Office.

20. Pets are prohibited from playground areas.

Resident understands and agrees that this addendum is incorporated in and made a part of the Lease renews and expires under the same terms and conditions as the Lease.

Resident Signature: _[signed: Cody ___]_  Date: 30 September 2015

Management Signature: _[signed: Carol ___]_  Date: 30 September 2015

# Balfour Beatty Communities

## Addendum D

### Satellite Dish Addendum

*Under rules of the Federal Communications Commission (FCC), Owner have a limited right to install a satellite dish within the leased premises and Landlord has the right to impose reasonable restrictions relating to such installation. Owner is required to comply with these restrictions as a condition of installing such equipment as specified in this addendum.*

**Number and size.** Owner may install only one satellite dish or antenna within the leased premises. A satellite dish may not exceed 39 inches in diameter. An antenna or dish may receive but not transmit signals.

**Location.** Location of the satellite dish or antenna is limited to (1) inside Owner dwelling, or (2) in an area outside Owner dwelling such as a balcony, patio, yard, etc. which is part of the leased premises. Installation is not permitted on any parking area, roof, exterior wall, window, windowsill, fence or common area, or in an area that other Owner are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space of the leased premises.

**Safety and non-interference.** Installation: (1) must comply with reasonable safety standards; (2) may not interfere with the community's cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to telecommunications systems; and (4) may not be connected to electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies within the leased premises (such as a balcony or patio railing); or (3) any other method approved by Landlord in writing. No other methods are allowed. Landlord may require reasonable screening of the satellite dish or antenna by plants, etc., so long as it does not impair reception.

**Signal transmission from exterior dish or antenna to interior of dwelling.** Owner may not damage or alter the leased premises and may not drill holes through outside walls, door jams, windowsills, etc. If the satellite dish or antenna is installed outside the living area (on a balcony, patio, or yard of which is part of the leased premises), signals received by the satellite dish or antenna may be transmitted to the interior of Owner dwelling only by: (1) running a "flat" cable under a door jam or window sill in a manner that does not physically alter the premises and does not interfere with proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane" similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window – without drilling a hole through the window; (4) wireless transmission of the signal to a device inside the dwelling; or (5) any other method approved by Landlord in writing.

**Workmanship.** For safety purposes, Owner must obtain Landlords written approval of (1) the strength and type of materials to be used for installation, and (2) the person or company who will perform the installation. Installation must be done by a qualified person or company that has worker's compensation insurance and adequate public liability insurance. Landlord approval will not be unreasonably withheld. Owner must obtain any permits required by the city for the installation and comply with any applicable city ordinances.

**Maintenance.** Owner will have the sole responsibility for maintaining the satellite dish or antenna and all related equipment. Landlord may temporarily remove the satellite dish or antenna if necessary to make repairs to the building.

**Removal and damages.** Owner must remove the satellite dish or antenna and all related equipment when Owner moves out of the dwelling. Owner must pay for any damages and for the cost of repairs or repainting which may be reasonably necessary to restore the leased premises to its condition prior to the installation of the satellite dish or antenna and related equipment.

**Liability insurance and indemnity.** Owner is fully responsible for the satellite dish or antenna and related equipment. Prior to installation, Owner must provide Landlord with evidence of liability insurance to protect us against claims of personal injury and property damage to others, related to the satellite dish, antenna or related equipment. The insurance coverage must be no less than $_____ (which is an amount reasonably determined by us to accomplish that purpose) and must remain in force while the satellite dish or antenna remains installed. Owner agrees to defend, indemnify and hold Landlord harmless from the above claims by others.

**Deposit increase.** A security deposit increase (in connection with having a satellite dish or antenna) may be required. If that is the case, the security deposit is increased by an additional sum of $_____ to help protect Landlord against possible repair costs, damages, or any failure to remove the satellite dish or antenna and related equipment at time of move-out. A security deposit increase does not imply a right to drill into or alter the leased premises.

**When Owner may begin installation.** Owner may start installation of the satellite dish or antenna only after Owner has: (1) signed the Rules and Regulations; (2) provided Landlord with written evidence of the liability insurance referred; (3) paid Landlord the additional security deposit, if applicable,; and (4) received Landlords written approval of the installation materials and the person or company who will do the installation.

Signed and Accepted by:

Print Name: SPC Straight, Cody

Signature: *Cody Straight*

Landlord Rep: *[signature]*

Address: 13285A Wendover St ,El Paso, TX 79908

Date: 30 September 2015

Date: 30 September 2015

**Balfour Beatty**
Communities

## NEW HOME ADDENDUM

The following guidelines are for Residents moving into a new home.

- Satellite dish may NOT be mounted on the house. They may only be installed on a pole or tripod in the backyard or on the side of the home.
  **La Noria, Chamizal Vista, Rio Bravo and Van Horne are an exception.** Ask Resident Specialist for details.

- Carports, front and back porches, and front and fenced in yards MUST maintain a neat and organized appearance.

- Any alterations to interior or exterior of the home must be approved by Management PRIOR to anything being done.

- Parking may only be in designated areas. Do not park on the rock, grass or dirt landscape or obstruct the parking area of your neighbors.

- Mobile homes, recreational vehicles and trailers are NOT allowed in housing areas. They must be kept off the premises.

To avoid charges for property damage, these guidelines must be adhered to. If you have any questions to these guidelines, please contact the Community Management Office.

I hereby understand and accept the above conditions.

_____  30 September 2015
Resident                    Date

_____  30 September 2015
Management Representative   Date

BBC 000784