# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL CLARKE AND KENDRA CLARKE, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF K.C.; ALEXANDER DROSOS AND GLORIA DROSOS, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF J.D. AND A.D.; JESSICA HOUSTON, INDIVIDUALLY AND AS NEXT FRIEND OF S.H. AND C.H.; CHAD KEEVER AND MARGARETE WILDER-KEEVER, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF A.W.K.; PARKER KINNEY AND SHELBEY KINNEY, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF C.K.; GILBERT NORTHUP AND ZAKIYAH NORTHUP, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF G.N. AND L.P.; JONN ROELLCHEN AND ROXANNE ROELLCHEN, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF W.R., S.R., T.R., Z.R., AND R.R.; and CODY STRAIGHT, ANGELA STRAIGHT, KENTREYAL CARRAWAY, AND J'MARION MCKNIGHT,<br><br>    PLAINTIFFS,<br><br>V.<br><br>BALFOUR BEATTY COMMUNITIES LLC; LACKLAND FAMILY HOUSING, LLC D/B/A LACKLAND FAMILY HOMES; FORT BLISS/WHITE SANDS MISSILE RANGE HOUSING LP D/B/A FORT BLISS FAMILY HOMES; BBC MILITARY HOUSING - BLISS/WSMR GENERAL PARTNER LLC; AND BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC,<br><br>    DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 5:21-CV-0550-XR |

## SUGGESTION OF DEATH

Plaintiff Alexander Drosos, by and through his attorneys, suggests on the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of Plaintiff Gloria Drosos during the pendency of this action.

Dated: December 17, 2021                    Respectfully submitted,

                                            **WATTS GUERRA LLC**

                                    By: /s/ *Jennifer A. Neal*
                                                Mikal C. Watts
                                                Texas State Bar No. 20981820
                                                mcwatts@wattsguerra.com
                                                Francisco Guerra, IV.
                                                Texas State Bar No. 00796684
                                                fguerra@wattsguerra.com
                                                Robert Brzezinski
                                                Texas State Bar No. 00783746
                                                rbrzezinski@wattsguerra.com
                                                Jennifer Neal
                                                Texas State Bar No. 24089834
                                                jneal@wattsguerra.com
                                                Alexis R. Garcia
                                                Texas State Bar No. 24117204
                                                argarcia@wattsguerra.com
                                                4 Dominion Dr.
                                                Bldg. 3, Suite 100
                                                San Antonio, TX 78257
                                                (210) 447-0500 Telephone
                                                (210) 447-0501 Facsimile

                                                **PULMAN, CAPPUCCIO & PULLEN, LLP**
                                                Randall A. Pullman
                                                Texas State Bar No. 16393250
                                                rpulman@pulmanlaw.com
                                                Ryan C. Reed
                                                Texas State Bar No. 24065957
                                                rreed@pulmanlaw.com
                                                2161 NW Military Highway, Suite 400
                                                San Antonio, Texas  78213
                                                (210) 222-9494 Telephone
                                                (210) 892-1610 Facsimile

                                                **MORIARTY SKIVER PLLC**
                                                James. R. Moriarty

>Texas State Bar No. 14459000
>jim@moriarty.com
>4119 Montrose, Suite 250
>Houston, Texas 77006
>(713) 528-0700 Telephone
>(713) 528-1390 Facsimile
>
>*Attorneys for Servicemember Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of December, 2021, a true and correct copy of the foregoing document was filed with the Court's ECF system and was served via electronic mail on counsel for Defendants.

>*/s/ Jennifer A. Neal*
>Jennifer A. Neal